APPEAL No. 75-192. DIANE GIACOMINI *v.* DR. JOSEPH BEVILACQUA *et al.* Motion of plaintiff to strike the defendants' supplemental brief is denied. Defendants' motion for leave to file

a supplemental brief is granted. Bevilacqua, C.J. not participating. *Irving N. Espo, George M. Prescott,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Richard B. Woolley,* Special Asst. Attorney General, for defendants. *Peter Palombo, Jr.,* for City of Cranston.